UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKERS INSURANCE COMPANY, | CASE NO. CV-F-07-940 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| MICHAEL FELIX RAMIREZ, dba Tile Dynamics, | |
| Defendant. / | |

On August 28, 2007, Plaintiff Bankers Insurance Company filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates, including the December 17, 2007 scheduling conference, are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   December 11, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE